STATE OF CONNECTICUT *v.* KOUNGTHONG
SIRIMANOCHANH

The state of Connecticut's petition for certification for appeal from the Appellate Court, 26 Conn. App. 625, is granted, limited to the following issue:

"Under the facts of this case, did the Appellate Court properly determine that the defendant had not waived the claim that sexual assault in the fourth degree is not a lesser included offense of sexual assault in the second degree?"

*Marjorie Allen Dauster,* deputy assistant state's attorney, in support of the petition.

*Sandra Lax,* in opposition.

Decided February 27, 1992

---

LESLIE CAROTHERS, COMMISSIONER OF ENVIRON-
MENTAL PROTECTION *v.* KEMENT AND SON
CONSTRUCTION, INC., ET AL.

The defendants' petition for certification for appeal from the Appellate Court, 26 Conn. App. 935, is denied.

*James W. Sherman,* in support of the petition.

*Robert B. Teitelman,* assistant attorney general, in opposition.

Decided February 27, 1992

---

STATE OF CONNECTICUT *v.* STANFORD L. FRYE

The defendant's petition for certification for appeal from the Appellate Court, 26 Conn. App. 472, is granted, limited to the following issues: